EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

E-FILED 11/21/16
JS-6

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DRIVER SPG, LLC, a limited liability company,<br><br>                Plaintiff<br><br>   v.<br><br>ARCIERO BROTHERS, INC., a corporation; CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company; INTERNAL REVENUE SERVICE; and DOES 1 through 30 | Case No.: CV 15-8471 PSG(AFMx)<br><br>~~proposed~~ Judgment<br><br>Judge Philip S. Gutierrez |

1

Based on the stipulation between Plaintiff Driver SPG, LLC, and Defendants Arciero Brothers, Inc.; Construction Laborers Trust Funds for Southern California Administrative Company; and the United States of America, the real party in interest for the Internal Revenue Service, and for good cause shown, the Court makes the following findings:

1. This is an interpleader action initiated by Driver SPG which was removed by the United States to federal court from state court on October 29, 2015 under 28 U.S.C. § 1444 which allows the United States to remove interpleader actions brought against it under 28 U.S.C. § 2410.

2. Driver SPG began this action in the Superior Court of the State of California for the County of Los Angeles on August 7, 2015. The case was captioned *Driver SPG, LLC, a limited liability company, v. Arciero Brothers, Inc., a corporation, Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company; Internal Revenue Service, a public entity, and Does 1 through 30,* with the case no. BC 590401 and assigned to Department 58, Hon. Rolf M. True, presiding.

3. This case involves the proper distribution of $88,257 which Driver SPG owes to Arciero Brothers for work performed by Arciero Brothers. Driver SPG does not dispute the amount owed to Arciero.

4. Driver SPG deposited these funds with the state court on August 7, 2015, where the funds remain.

5. Driver SPG disclaims any interest in the interpleaded funds.

6. Arciero Brothers disclaims any interest in the interpleaded funds.

7. The United States' claim arises from unpaid federal employment taxes for the third quarter of 2011 which were assessed on April 2, 2012.

8. The United States filed its notice of federal tax lien for this tax liability on May 21, 2012, with the California Secretary of State.

9. The claim of the Construction Laborers Trust Funds for Southern California Administrative Company arises from a judgment entered by the Superior Court of California for Los Angeles County in case no. BS 139209, which is secured by a judgment lien recorded with the California Secretary of State on August 21, 2013.

10. Accordingly, the claim of the United States to the interpleaded funds has priority over the claim of Construction Laborers Trust Funds for Southern California Administrative Company and is entitled to the funds.

11. As of November 4, 2016, the outstanding balance of the Government's claim is $92,975.65.

12. Therefore, the interpleaded funds are ordered to be distributed to the United States.

13. The payment shall be made payable to the "United States Department of Justice" and mailed to Andrew T. Pribe, Assistant United States Attorney, United States Attorney's Office, 300 N. Los Angeles Street, Suite 7211, Los Angeles, California  90012.

14. The parties have stipulated that the Driver SPG should be discharged from this interpleader action and Driver SPG's obligations regarding the interpleader action and the funds subject to this action should be deemed satisfied.

15. The parties have stipulated that each party is to bear their own attorney's fees and costs.

16. The parties have stipulated that the judgment should be without prejudice to any claim or defense in any other dispute among the parties except as to the interpleaded funds in this case.

17. The parties have stipulated that no outstanding issues in this litigation remain between the parties and that judgment should be entered in accord with their stipulation.

Based on the foregoing, IT IS ORDERED THAT:

A. The Clerk of the Superior Court of California for the County of Los Angeles is directed to distribute the interpleaded funds in *Driver SPG, LLC, a limited liability company, v. Arciero Brothers, Inc., a corporation, Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company; Internal Revenue Service, a public entity, and Does 1 through 30,* with the case no. BC 590401 to the United States of America.

B. The payment shall be made payable to the "United States Department of Justice" and mailed to Andrew T. Pribe, Assistant United States Attorney, United States Attorney's Office, 300 N. Los Angeles Street, Suite 7211, Los Angeles, California 90012.

C. Driver SPG is discharged from this action and Driver SPG's obligations regarding this interpleader action and the interpleaded funds are deemed satisfied.

D. Each party shall bear their own attorney's fees and costs and no costs shall be assessed against any party in this case.

E. This judgment is without prejudice to any claim or defense in any other dispute among the parties except as to the interpleaded funds in this case.

F. This order constitutes the final judgment of the Court.

IT IS SO ORDERED.

Dated: 11/21/16  _____

PHILIP S. GUTIERREZ

UNITED STATES DISTRICT JUDGE